■ HARRY E. GARTLEY, Appellant, v LINDA M. GARTLEY, Respondent. (Appeal No. 2.) [788 NYS2d 917]—Appeal from an amended order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered January 27, 2004. The amended order divided plaintiff's retirement benefits as part of the division of the parties' marital property.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Gartley v Gartley* (15 AD3d 995 [2005]). Present—Pine, J.P., Hurlbutt, Scudder, Gorski and Hayes, JJ.

■ HARRY E. GARTLEY, Appellant, v LINDA M. GARTLEY, Respondent. (Appeal No. 3.) [788 NYS2d 918]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered January 27, 2004. The order divided plaintiff's annuity as part of the division of the parties' marital property.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Gartley v Gartley* (15 AD3d 995 [2005]). Present—Pine, J.P., Hurlbutt, Scudder, Gorski and Hayes, JJ.